# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 11-1185
## consolidated with 11-1184


**"BUDDY" CALDWELL, ATTORNEY GENERAL EX REL. STATE OF LOUISIANA**

**VERSUS**

**JANSSEN PHARMACEUTICAL, INC., ET AL.**


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 04-C-3977-D
HONORABLE DONALD W. HEBERT, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***


## PHYLLIS M. KEATY
## JUDGE

**\*\*\*\*\*\*\*\*\*\***


Court composed of J. David Painter, Shannon J. Gremillion, and Phyllis M. Keaty, Judges.



**AFFIRMED.**



Patrick C. Morrow
James P. Ryan
Jeffrey M. Bassett
Morrow & Morrow
Post Office Drawer 1787
Opelousas, Louisiana  70571-1787
(337) 948-4483
Counsel for Plaintiff/Appellee:
     James D. "Buddy" Caldwell, Louisiana Attorney General

**James B. Irwin**
**David W. O'Quinn**
**Kim E. Moore**
**Monique M. Garsaud**
**Douglas J. Moore**
**Irwin, Fritchie, Urquhart & Moore, LLC**
**400 Poydras Street, Suite 2700**
**New Orleans, Louisiana  70130**
**(504) 310-2100**
**Counsel for Defendants/Appellants:**
     **Johnson & Johnson**
     **Ortho-McNeil Janssen Pharmaceutical, Inc.**

**Kenneth W. DeJean**
**Attorney at Law**
**Post Office Box 4325**
**Lafayette, Louisiana  70502**
**(337) 235-5294**
**Counsel for Plaintiff/Appellee:**
     **James D. "Buddy" Caldwell, Louisiana Attorney General**

**Robert Lyle Salim**
**Attorney at Law**
**1901 Texas Street**
**Natchitoches, Louisiana  71457**
**(318) 352-5999**
**Counsel for Plaintiff/Appellee:**
     **James D. "Buddy" Caldwell, Louisiana Attorney General**

**L. Christopher Styron**
**Assistant Attorney General**
**Post Office Box 94005**
**Baton Rouge, Louisiana  70804-9005**
**(225) 326-6468**
**Counsel for Plaintiff/Appellee:**
     **James D. "Buddy" Caldwell, Louisiana Attorney General**

**Michael W. Perrin**
**Fletcher V. Trammel**
**Bailey, Perrin & Bailey**
**440 Louisiana Avenue, Suite 2100**
**Houston, Texas  77002**
**(713) 425-7100**
**Counsel for Plaintiff/Appellee:**
     **James D. "Buddy" Caldwell, Louisiana Attorney General**

**Kenneth T. Fibich**
**Fibich, Hampton, et al**
**1150 Bissonnet**
**Houston, Texas  77005**
**(713) 751-0025**
**Counsel for Plaintiff/Appellee:**
     **James D. "Buddy" Caldwell, Louisiana Attorney General**

**Robert Cowan**
**Attorney at Law**
**440 Louisiana Avenue, Suite 2100**
**Houston, Texas  77002**
**(713) 425-7100**
**Counsel for Plaintiff/Appellee:**
  **James D. "Buddy" Caldwell, Louisiana Attorney General**

**James T. Guglielmo**
**James C. Lopez**
**Guglielmo, Lopez, Tuttle**
**Post Office Drawer 1329**
**Opelousas, Louisiana  70571-1329**
**(337) 948-8201**
**Counsel for Defendants/Appellants:**
  **Johnson & Johnson**
  **Ortho-McNeil Janssen Pharmaceutical, Inc.**

**Thomas F. Campion**
**Drinker, Biddle & Reath, LLP**
**500 Campus Drive**
**Florham Park, New Jersey  07932-1047**
**(973) 360-1100**
**Counsel for Defendants/Appellants:**
  **Johnson & Johnson**
  **Ortho-McNeil Janssen Pharmaceutical, Inc.**

**Brian C. Anderson**
**Michael E. Stamp**
**Stephen D. Brody**
**O'Melveny & Myers, LLP**
**1625 Eye Street, Northwest**
**Washington DC  20006**
**(202) 383-5300**
**Counsel for Defendants/Appellants:**
  **Johnson & Johnson**
  **Ortho-McNeil Janssen Pharmaceutical, Inc.**

**KEATY, Judge.**

For the reasons set forth in the companion case in this consolidated matter, *"Buddy" Caldwell, Attorney General ex rel. State of Louisiana v. Janssen Pharmaceutical, Inc., et al.*, 11-1184 (La.App. 3 Cir. __/__/12), __ So.3d __, the judgments appealed are affirmed in their entirety. Costs are cast to defendants.

**AFFIRMED.**